IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| McCARTER & ENGLISH, LLP | ) |
| *Plaintiff,* | ) Civil Action No.: 3:19-cv-01124 (MPS) |
| vs. | ) |
| JARROW FORMULAS, INC. | ) |
| *Defendant.* | ) |

**PLAINTIFF McCARTER & ENGLISH, LLP'S**
**STATEMENT RE: SUBJECT MATTER JURISDICTION**

The Plaintiff, McCarter & English, LLP ("McCarter"), in response to the Court's Order dated July 24, 2019 (DN 9), respectfully submits this Statement setting forth the basis of the Court's jurisdiction over this matter pursuant to 28 U.S.C. § 1332. McCarter states as follows:

1. McCarter filed this action on July 22, 2019 to recover payment for legal services rendered to the Defendant, Jarrow Formulas, Inc. ("Jarrow"). *See* Complaint.

2. As alleged in the Complaint, McCarter is a limited liability partnership formed under the Laws of the State of New Jersey with multiple offices in the northeast, including an office at CityPlace I, 185 Asylum Street, Hartford, Connecticut 06103. *Complaint* ¶ 2.

3. Jarrow is a corporation organized and existing under the laws of the State of California with a principal place of business located at 1824 South Robertson Boulevard, Los Angeles, California 90035. *Complaint* ¶ 3.

4. McCarter further alleges that the Court has subject matter jurisdiction over this matter, because "the parties are citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000." *Complaint* ¶ 4.

5. For the purposes of the federal diversity statute, 28 U.S.C. § 1332, a limited liability partnership is deemed to be a citizen of all states wherein its partners are also citizens. *See Mudge Rose Guthrie Alexander & Ferdon v. Pickett,* 11 F. Supp. 2d 449, 451 (S.D.N.Y. 1998); *Carden v. Arkoma Associates*, 494 U.S. 185, 189, 195–96, 110 S.Ct. 1015, 108 L.Ed.2d 157 (1990).

6. As set forth in the attached Affidavit of Sandra Cummings dated July 25, 2019, none of McCarter's partners are residents or citizens of the State of California while eleven of them are citizens of the State of Connecticut.

7. Accordingly, the Court has subject matter jurisdiction over this action because there is a complete diversity of citizenship between the parties, in that, McCarter, which is not a citizen of the State of California, has brought this action against Jarrow, which is a citizen of the State of California.

    RESPECTFULLY SUBMITTED,
    PLAINTIFF
    McCARTER & ENGLISH, LLP

By: */s/ Louis R. Pepe*
    Louis R. Pepe
    Federal Bar No. CT04319
    McElroy, Deutsch, Mulvaney
    & Carpenter LLP
    One State Street, 14th Floor
    Hartford, CT 06103
    Phone: 860-522-5175
    Fax: 860-522-2796
    Email: lpepe@mdmc-law.com

    Its Attorneys