IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| McCARTER & ENGLISH, LLP )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>JARROW FORMULAS, INC. )<br>)<br>*Defendant*. )<br>)<br>)<br>) | Civil Action No.: 3:19-cv-01124 (MPS) |

## AFFIDAVIT OF SANDRA CUMMINS

1. I am over the age of 18 years and understand and believe in the obligations of an oath.

2. I submit this Affidavit based upon my personal knowledge and my review of the records of McCarter & English, LLP ("McCarter"), created and maintained by it in the normal and ordinary course of its business.

3. I submit this Affidavit in connection with what I understand to be a question concerning diversity of citizenship relative the jurisdiction of this Court over this case.

4. I have been employed by McCarter for the past 27 years. For approximately the past 20 years I have been employed in the Human Resources Department.

5. McCarter is a limited liability partnership organized and existing as a law firm under the laws of the state of New Jersey with multiple offices in the northeast, including an office at CityPlace I, 185 Asylum Street, Hartford, Connecticut 06103.

6. The firm has no offices in California.

7. The firm has 11 partners who are citizens of Connecticut.

8. Based upon my knowledge and experience with McCarter, I am not aware of any partner of the firm who is a citizen or resident of the State of California.

9. I reviewed and had others in my group review, personnel records of McCarter, including the firm's payroll records. Based upon my review of these records, and my own knowledge, McCarter has no partners who are citizens or residents of the state of California.

10. Based upon all of the foregoing, I conclude and confirmed my own understanding that none of the partners of McCarter are citizens of the state of California.

The foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: July 25, 2019

_____
Sandra Cummins

Subscribed and sworn to before me this 25th day of July, 2019.

_____
Notary Public/Commissioner of the
Superior Court

Brenda C. Sherman
A Notary Public of New Jersey
My Commission Expires June 12, 2022