## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| McCARTER & ENGLISH, LLP )<br>)<br>*Plaintiff,* )<br>)<br>vs. )<br>)<br>JARROW FORMULAS, INC. )<br>_____)<br>*Defendant.* ) | Civil Action No.: 3:19-cv-01124<br>(MPS) |

### DEFENDANT'S PRLEIMINARY OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

Defendant Jarrow Formulas, Inc. has reviewed Plaintiff's proposed exhibits and has indicated its objections on Plaintiff's exhibit list below. Due to the volume of the proposed Plaintiff's exhibits and time constraints, it was not reasonably possible to review the documents thoroughly, nor have counsel had the opportunity to discuss their objections to exhibits, or issues relating to redactions and privilege.

Accordingly, counsel for Defendant will continue to review the exhibits and will continue to meet and confer with counsel for Plaintiff as to these issues in an effort to resolve them in advance of the hearing.

| EXHIBIT # | DESCRIPTION | OBJECTION | ADMITTED/N ADMITTED |
|---|---|---|---|
| 101 | Engagement Letter from Mark D. Giarratana, McCormick Paulding & Huber to Mr. Jarrow Rogovin, Jarrow Formulas, Inc., dated December 5, 1996 | | STIP, ¶3 |
| 102 | Letter from Mark D. Giarratana, Cummings & Lockwood, LLC to Mr. Jarrow Rogovin, Jarrow Formulas, Inc., dated September 26, 2003 | | STIP, ¶5 |
| 103 | Jury Verdict dated June 26, 2019, *Caudill Seed & Warehouse, Inc. v. Jarrow Formulas, Inc.* | | STIP, ¶13 |
| 104 | McCarter's Invoice, Payment and Write-off Ledger for Jarrow Formulas matter 464, Kentucky Litigation | Dup (Ex. 117); not included in Controller's Aff. | |
| 105 | McCarter Invoice No. 8239257 dated April 17, 2019 | Privilege; Subject to redaction | |
| 106 | McCarter Invoice No. 8244495 dated May 16, 2019 | Privilege; Subject to redaction | |
| 107 | McCarter Invoice No. 8251339 dated June 21, 2019 | Privilege; Subject to redaction | STIP, ¶15 |
| 108 | McCarter Invoice No. 8254947 dated July 10, 2019 | Privilege; Subject to redaction | |
| 109 | McCarter Invoice No. 8264196 dated August 19, 2019 | Privilege; Subject to redaction | |
| 110 | E-mail from Thomas J. Rechen to Jarrow Rogovin, et al dated July 10, 2019 with McCarter Invoice No. 8254947 dated July 10, 2019 | Privilege; Subject to redaction | STIP, ¶16 |

| 111 | Letter from Carol Brophy, Steptoe & Johnson, LLP to Mark D. Giarratana dated July 12, 2019 | | STIP, ¶17 |
|---|---|---|---|
| 112 | Letter from Mark D. Giarratana to Carol Brophy, Steptoe & Johnson, LLP dated July 17, 2019 | | STIP, ¶18 |
| 113 | Letter from Jonathan Leventhal, General Counsel, Jarrow Formulas, Inc. to Mark D. Giarratana dated July 18, 2019 | | STIP, ¶19 |
| 114 | Letter from Mark D. Giarratana to Carol Brophy, Steptoe & Johnson, LLP dated July 19, 2019 | | STIP, ¶20 |
| 115 | E-mail from Jarrow Rogovin, President, Jarrow Formulas, Inc., to Mark Giarratana, Eric Grondahl and Thomas Rechen dated July 22, 2019 | | STIP, ¶21 |
| 116 | McCarter's Statement of Account through September 5, 2019 for all outstanding invoices issued to Jarrow Formulas, Inc., except matter 00464, the Kentucky Litigation | Foundation | |
| 117 | ExCel Spreadsheet re Summary of Timekeepers, Hourly Rates and Adjustments, and Total Billings per timekeeper | Subject to Voir-Dire / Cross of Affiant Bosma | |
| 118 | McCarter Invoice No.7858070 dated June 26, 2013 | Privilege; Subject to redaction | |
| 119 | McCarter Invoice No.7860852 dated July 11, 2013 | Privilege; Subject to redaction | |
| 120 | McCarter Invoice No.7872610 dated August 31, 2013 | Privilege; Subject to redaction | |
| 121 | List of Jarrow Formulas matters opened at McCarter | Relevance; Privilege; Subject. to Redaction | |
| 122 | Docket Sheet, Caudill Seed and Warehouse Company, Inc. v. Jarrow Formulas, Inc., Docket No. 3:13-cv-00082-CRS-CHL | | |
| 123 | Jarrow Formulas Renewed Motion for Judgment as a Matter of Law or, Alternatively, for a New Trial filed September 4, 2019 in *Caudill Seed & Warehouse, Inc. v. Jarrow Formulas, Inc.* | | |

ME1 31275949v.2

2

| 124 | Focus Group responses to questionnaires re testimony of Jarrow Rogovin | Relevance? | |
|---|---|---|---|
| 125 | Jarrow Rogovin's June 21, 2019 voicemail left on Mark Giarratana's cell phone (thumb drive (audio) and September 3, 2019 memorandum (transcription)) | Foundation Subject to redaction; Privilege | |
| 126 | Jarrow Rogovin's August 12, 2011 (1:43 am) cover email and letter to Thomas P. O'Brien, et al | | |
| 127 | Jarrow Rogovin's August 12, 2011 (11:15 am) email to Thomas P. O'Brien, et al | Includes another doc. not listed; O'Brien letter | |
| 128 | E-mail from Mark Giarratana to Jarrow Rogovin dated January 28, 2013 (forwarding complaint) | Relevance; Privilege Subject to | |
| 129 | E-mail from Jarrow Rogovin to Steve Pence dated January 29, 2013 | Relevance | |
| 130 | E-mail from Jarrow Rogovin to Steve Pence dated January 31, 2013 | Relevance | |
| 131 | E-mail from Jarrow Rogovin to Steve Pence dated February 1, 2013 | Relevance; Incl.doc. n. listed | |
| 132 | Email from Jarrow Rogovin dated February 24, 2014 (12:24 pm) | Relevance | |
| 133 | Email from Jarrow Rogovin dated February 24, 2014 (7:15 pm) | Relevance | |
| 134 | Email from Eva@Jarrow.com to Mark Giarratana et al dated February 19, 2013 | Relevance | |
| 135 | E-mail from Eva@Jarrow.com to Mark Giarratana et al dated March 11, 2013 with March 6, 2013 letter from Liberty International Underwriters | Relevance | |
| 136 | E-mail from Andrea Duckworth to Thomas Rechen dated March 18, 2013 with March 6, 2013 letter from Liberty International | Relevance Duplicative of 135 | |
| 137 | E-mail from Mark Giarratana to Vanessa Ayres, Arthur J. Gallagher, cc to Jarrow Rogovin et al dated March 21, 2013 with March 6, 2013 letter from Liberty International | Relevance | |
| 138 | E-mail from Mark Giarratana to Jarrow Rogovin attaching Motion to Dismiss and to Strike and Memo of Law, dated April 16, 2013 | Relevance; Privilege; Subj. to redaction; Incl. other docs | |

| | | | |
|---|---|---|---|
| 139 | Letter from Linda Lin to Mark Giarratana dated April 24, 2013 approving retention of McCarter & English | | |
| 140 | E-mail from Jarrow Rogovin to Thomas Rechen et al re Liberty International declining coverage dated December 29, 2013 | Relevance; Privilege Subject to redaction | |
| 141 | E-mail from Jarrow Rogovin to Mark Giarratana, et al dated January 16, 2014 re Talk with Pence tomorrow | Relevance; Privilege Subject to redaction | |
| 142 | E-mail from Jarrow Rogovin to Mark Giarratana et al dated March 27, 2016 | Relevance; Privilege Subject to redaction | |
| 143 | Jarrow Rogovin's September 2016 voicemail left for Mark Giarratana | Relevance; Privilege Subject to redaction | |
| 144 | E-mail from Thomas Rechen to Jarrow Rogovin dated February 27, 2019 re Follow up to Last Night's Call | Relevance; Privilege Subject to redaction | |
| 145 | E-mail chain Mark Giarratana and Jonathan Leventhal, April 25-26, 2019 | Relevance; Privilege Subject to redaction | |
| 146 | E-mail from Jonathan Leventhal to Mark Giarratana dated April 30, 2019 re Jarrow's deposition | Relevance; Privilege Subject to redaction | |
| 148 | E-mail from Jonathan Leventhal to Mark Giarratana dated June 2, 2019 | | |
| 149 | E-mail from Jarrow Rogovin to Thomas Rechen et al dated June 11, 2019 (2:22 AM) | Relevance; Privilege Subject to redaction | |
| 150 | E-mail from Jarrow Rogovin to Thomas Rechen et al dated June 11, 2019 (2:53 AM) | Relevance; Privilege Subject to redaction | |

| 151 | E-mail from Jarrow Rogovin to Thomas Rechen et al dated June 14, 2019 (7:45 AM) | Relevance; Privilege Subject to redaction | |
| --- | --- | --- | --- |
| 152 | E-mail from Jarrow Rogovin to Thomas Rechen et al dated June 17, 2019 (9:38 AM) | Relevance; Privilege Subject to redaction | |
| 153 | E-mail from Jarrow Rogovin to Thomas Rechen et al dated June 17, 2019 (4:58 PM) | Relevance; Privilege Subject to redaction | |
| 154 | E-mail from Jarrow Rogovin to Mark Giarratana et al dated June 17, 2019 | Relevance; Privilege Subject to redaction | |

4

| | (7:06 PM) | | |
| --- | --- | --- | --- |
| 155 | E-mail from Jonathan Leventhal to Thomas Rechen dated June 17, 2019 (9:25 pm) | Relevance; Privilege Subject to redaction | |
| 156 | E-mail from Jarrow Rogovin to Thomas Rechen et al dated June 18, 2019 (6:45 AM) | Relevance; Privilege Subject to redaction | |
| 157 | Email from Jarrow Rogovin to Thomas Rechen, et al dated June 19, 2019 | Relevance; Privilege Subject to redaction | |
| 158 | E-mail from Jarrow Rogovin to Thomas Rechen et al dated June 20, 2019 | Relevance; Privilege Subject to redaction | |
| 159 | E-mail chain Mark Giarratana and Jonathan Leventhal re AR, dated | | |
| 160 | E-mail from Joel Beres to Thomas Rechen et al dated June 24, 2019 | Relevance; Privilege Subject to redaction | |

| | | | |
|---|---|---|---|
| 161 | E-mail from Jarrow Rogovin to Joel Beres, et al dated June 25, 2019 (1:01 AM), editing Joel Beres' email dated June 24 (see Exhibit 156) | Relevance; Privilege Subject to redaction | |
| 162 | E-mail from Jarrow Rogovin to Joel Beres et al dated June 25, 2019 (3:42 AM) | Relevance; Privilege Subject to redaction | |
| 163 | Jarrow Rogovin email dated July 7, 2016 | Relevance; Privilege Subject to redaction | |
| 164 | Jarrow Rogovin email dated November 23, 2016 | Relevance; Privilege Subject to redaction | |
| 165 | Jarrow Rogovin email dated April 20, 2017 | Relevance; Privilege Subject to redaction | |
| 166 | Jarrow Rogovin email dated May 1, 2017 | Relevance; Privilege Subject to redaction | |
| 167 | Jarrow Rogovin email dated Juy 17, 2017 | Relevance; Privilege Subject to redaction | |
| 168 | Jarrow Rogovin email dated August 24, 2017 | Relevance; Privilege Subject to redaction | |
| 169 | Jarrow Rogovin email dated September 30, 2017 | Relevance; Privilege Subject to redaction | |
| 170 | Jarrow Rogovin email dated November 29, 2017 | Relevance; Privilege Subject to redaction | |
| 171 | Jarrow Rogovin email dated December 1, 2017 | | |

| 172 | Jarrow Rogovin email dated December 3, 2017 " | Relevance; Privilege Subject to redaction | |
| --- | --- | --- | --- |
| 173 | Jarrow Rogovin email dated December 28, 2017 | Relevance; Privilege Subject to redaction | |

5

| 174 | Jarrow Rogovin email dated December 28, 2017 | Relevance; Privilege Subject to redaction - | |
| --- | --- | --- | --- |
| 175 | Jarrow Rogovin email dated February 7, 2018 | Relevance; Privilege Subject to redaction | |
| 176 | Jarrow Rogovin email dated February 13, 2018 | Relevance; Privilege Subject to redaction | |
| 177 | Jarrow Rogovin email dated February 24, 2018 | Relevance; Privilege Subject to redaction | |
| 178 | Jarrow Rogovin email dated October 17, 2018 | Relevance; Privilege Subject to redaction | |
| 179 | Jarrow Rogovin email dated October 24, 2018 | Relevance; Privilege Subject to redaction | |
| 180 | Jarrow Rogovin email dated March 31, 2019 | Relevance; Privilege Subject to redaction | |
| 181 | Jarrow Rogovin email dated May 16, 2019 | Relevance; Privilege Subject to redaction | |

| | | | |
|---|---|---|---|
| 182 | Transcript and Video of Deposition of Jarrow Rogovin, August 19, 2014 | Relevance; Privilege Subject to redaction | |
| 183 | Mock Video 1, Jarrow Rogovin December 14, 2018 | Relevance; Privilege | |
| 184 | Mock Video 2, Jarrow Rogovin December 14, 2018 | Relevance; Privilege | |
| 185 | Edited Mock Video Jarrow Rogovin, December 14, 2018 | Relevance; Privilege | |
| 186 | Mock Video, Jarrow Rogovin, January 8, 2019 | Relevance; Privilege | |
| 187 | Edited Mock Video, Jarrow Rogovin, January 8, 2019 | Relevance Privilege | |
| 188 | Jarrow Formulas' Memorandum of Law in Support of its Motion to Compel Supplemental Responses from Caudill Seed (DN 192-1), filed December 20, 2016 | | |
| 189 | Caudill Seed's Response in Opposition to Jarrow Formulas' Motion to Compel (DN 199) filed January 17, 2017 | | |
| 190 | Memorandum Opinion & Order (DN 253) filed October 24, 2017 | | |
| 191 | Caudill Seed's Supplemental Responses to Interrogatories, Requests for Production and Requests for Admissions per the Court's October 24, 2017 Order, dated December 22, 2017 | | |
| 192 | Jarrow Formulas' Motion for Judgment as a Matter of Law on Caudill Seed's | | |

6

| | | | |
|---|---|---|---|
| | Claim of Willful and Malicious Misappropriation (DN 405) filed June 17, 2019 | | |
| 193 | Transcript of Jury Trial, Volume 9-B, June 13, 2019 | | |
| 194 | Transcript of Jury Trial, Volume 10-A, June 14, 2019 | | |
| 195 | Transcript of Jury Trial, Volume 10-B, June 14, 2019 | | |
| 196 | Letter from Attorney Benjamin J. Lewis to Attorney Mark D. Giarratana, et al dated January 12, 2018. | | |

7

        THE DEFENDANT,
        JARROW FORMULAS, INC.

By /s/ Jeffrey J. Tinley (ct00765)
    Jeffrey J. Tinley
    Tinley, Renehan & Dost, LLP
    255 Bank Street ~ Suite 2-A
    Waterbury, CT 06702
    Telephone: 203-596-9030
    Facsimile: 203-596-9036
    Federal Bar No.: ct00765
    E-Mail: jtinley@tnrdlaw.com

**CERTIFICATION**

I hereby certify that on 9/18/19 a copy of the foregoing Objection was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/ Jeffrey J. Tinley (ct00765)
_____
Jeffrey J. Tinley
Tinley, Renehan & Dost, LLP
255 Bank Street ~ Suite 2-A
Waterbury, CT 06702
Telephone: 203-596-9030
Facsimile: 203-596-9036
Federal Bar No.: ct00765
E-Mail: jtinley@tnrdlaw.com