**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| McCARTER & ENGLISH, LLP ) | |
| Plaintiff, ) | CIVIL ACTION CASE NO. |
| ) | 3:19-CV-01124 (MPS) |
| VS. ) | |
| ) | |
| JARROW FORMULAS, INC. ) | |
| Defendant. ) | |
| ) | MAY 29, 2020 |

**STIPULATED AGREEMENT FOR DISSOLUTION**
**OF GARNISHMENT AND SUBSTITUTION OF CASH COLLATERAL**

To: the Honorable Michael Shea, Judge of the United States District Court for the District of Connecticut.

A Prejudgment Remedy Application by McCarter & English, LLC in the United States District Court for the District of Connecticut was granted in the amount of $1,850,000 by Judge Merriam on or about March 3, 2020 against the defendant Jarrow Formulas, Inc. The Plaintiff has secured a garnishment of funds due Jarrow Formulas, Inc. from Amazon.com Services, LLC, by Scott M. Kraimer, Connecticut State Marshal in the amount of $1,850,000. A writ of Garnishment was also served on U.S. Bank National Association though no funds from that garnishee were secured. The parties hereby stipulate and agree that that said garnishments may be dissolved upon the substitution of cash collateral in the amount of the prejudgment remedy, according to the statute, C.G.S. § 52-304. The Defendant has remitted the sum of $1,850,000.00, the amount of the prejudgment remedy order, to Stewart Title Guaranty Company which sum is being held by Stewart Title Guaranty Company as Escrow Agent. The Escrow Agreement shall become immediately effective upon this Court's granting of this Motion. A true and correct copy of the Escrow

Agreement signed by all parties hereto as well as the Escrow Agent is appended as Exhibit A. The parties further agree that they waive the right to any hearing on this Motion.

Dated at Waterbury, CT this 29th day of May, 2020.

                THE DEFENDANT,
                JARROW FORMULAS, INC.

By: /s/ ct00765
    Jeffrey J. Tinley, Esq.
    Tinley, Renehan & Dost, LLP
    255 Bank Street ~ Suite 2-A
    Waterbury, CT 06702
    (203) 596-9030 (p) / (203) 596-9036 (f)
    Federal Bar No.: ct00765
    E-Mail: jtinley@tnrdlaw.com

Dated at Hartford, CT this 29th day of May, 2020.

                THE PLAINTIFF:
                McCARTER & ENGLISH, LLP

By: */s/ Louis R. Pepe (ct04319)*
    Louis R. Pepe
    Federal Bar No. CT04319
    McElroy, Deutsch, Mulvaney
        & Carpenter LLP
    One State Street, 14th Floor
    Hartford, CT 06103
    Phone:  860-522-5175
    Fax:  860-522-2796
    Email: lpepe@mdmc-law.com
    Its Attorneys

## **CERTIFICATION**

      I hereby certify that on May 29th, 2020 a copy of the foregoing Application for Dissolution was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Marshal Scott M. Kraimer
P.O. Box 271621
West Hartford, CT 06127-1621

                                  By:    /s/ ct00765
                                            Jeffrey J. Tinley, Esq.
                                            Tinley, Renehan & Dost, LLP
                                            255 Bank Street ~ Suite 2-A
                                            Waterbury, CT 06702
                                            (203) 596-9030 (p) / (203) 596-9036 (f)
                                            Federal Bar No.: ct00765
                                            E-Mail: jtinley@tnrdlaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| McCARTER & ENGLISH, LLP ) | |
|       Plaintiff, ) | CIVIL ACTION CASE NO. |
| ) | 3:19-CV-01124 (MPS) |
| VS. ) | |
| ) | |
| JARROW FORMULAS, INC. ) | |
|       Defendant. ) | |
| ) | MAY ___, 2020 |

ORDER OF DISSOLUTION OF GARNISHMENT

Upon the foregoing Stipulated Agreement to Dissolve Garnishment and Substitution of Cash Collateral, the writ of garnishment dated April 13, 2020 and signed April 16, 2020 directed to Amazon.com Services, LLC, a true and correct copy of which is attached hereto as Exhibit A, which writ was served by Connecticut State Marshal Scott M. Kraimer, and the garnishment itself is hereby dissolved and the garnishee, Amazon.com Services, LLC is hereby ordered to release any funds so garnished to Jarrow Formulas, Inc. upon receipt of this order. Jarrow Formulas, Inc. has deposited with Stewart Title Guaranty Company the sum of $1,850,000 in accordance with the Stipulated Agreement for Dissolution of Garnishment and Substitution of Cash Collateral.

Dated at Hartford, CT this _____ day of May, 2020.

                                                            The Court

                                                    _____

**CERTIFICATION**

      I hereby certify that on May ___, 2020 a copy of the foregoing Order for Dissolution was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Marshal Scott M. Kraimer
P.O. Box 271621
West Hartford, CT 06127-1621

By:   /s/ ct00765
Jeffrey J. Tinley, Esq.
Tinley, Renehan & Dost, LLP
255 Bank Street ~ Suite 2-A
Waterbury, CT 06702
(203) 596-9030 (p) / (203) 596-9036 (f)
Federal Bar No.: ct00765
E-Mail: jtinley@tnrdlaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| McCARTER & ENGLISH, LLP ) | | |
|     Plaintiff, ) | CIVIL ACTION CASE NO. | |
| ) | 3:19-CV-01124 (MPS) | |
| VS. ) | | |
| ) | | |
| JARROW FORMULAS, INC. ) | | |
|     Defendant. ) | | |
| ) | MAY ___, 2020 | |

ORDER OF DISSOLUTION OF GARNISHMENT

Upon the foregoing Stipulated Agreement to Dissolve Garnishment and Substitution of Cash Collateral, the writ of garnishment dated April 13, 2020 and signed April 16, 2020 directed to U.S. Bank National Association, a true and correct copy of which is attached hereto as Exhibit A, which writ was served by Connecticut State Marshal Scott M. Kraimer, and the garnishment itself is hereby dissolved and the garnishee, U.S. Bank National Association, is hereby ordered to release any funds so garnished to Jarrow Formulas, Inc. upon receipt of this order.  Jarrow Formulas, Inc. has deposited with Stewart Title Guaranty Company the sum of $1,850,000 in accordance with the Stipulated Agreement for Dissolution of Garnishment and Substitution of Cash Collateral.

Dated at Hartford, CT this ____ day of May, 2020.

                                                                                                  The Court

                                                                               _____

**CERTIFICATION**

       I hereby certify that on May ___, 2020 a copy of the foregoing Order for Dissolution was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Marshal Scott M. Kraimer
P.O. Box 271621
West Hartford, CT 06127-1621

                                          By:    /s/ ct00765
                                                  Jeffrey J. Tinley, Esq.
                                                  Tinley, Renehan & Dost, LLP
                                                  255 Bank Street ~ Suite 2-A
                                                  Waterbury, CT 06702
                                                  (203) 596-9030 (p) / (203) 596-9036 (f)
                                                  Federal Bar No.: ct00765
                                                  E-Mail: jtinley@tnrdlaw.com