# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| McCARTER & ENGLISH, LLP ) | |
| ) | |
| *Plaintiff,* ) | Civil Action No.: 3:19-cv-01124 (MPS) |
| ) | |
| vs. ) | |
| ) | |
| JARROW FORMULAS, INC. ) | July 15, 2020 |
| ) | |
| *Defendant.* ) | |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56 of the Local Rules for the United State District Court for the District of Connecticut, the Plaintiff, McCarter & English, LLP ("McCarter"), hereby moves for Summary Judgment in its favor on count one (breach of contract) of the amended complaint (DN 100), and on the following counts of Jarrow Formulas, Inc.'s ("Jarrow's") amended counterclaim (DN 91): count three (breach of fiduciary duty), count four (legal malpractice), count five (negligent misrepresentation), count six (intentional misrepresentation) and count seven (unfair trade practices). McCarter submits that it is entitled to summary judgment for the following reasons:

1. There is no genuine issue of material fact as to whether an express contract or, at minimum, an implied contract in fact, existed between McCarter and Jarrow, and whether that contract was breached by Jarrow, and therefore McCarter is entitled to summary judgment on count one of its amended complaint;

2. The breach of fiduciary duty claims of count three of the amended counterclaim fail as a matter of law because Jarrow has no evidence of proximately caused harm and, in any event, the claims are barred by the statute of limitations;

**ORAL ARGUMENT REQUESTED**

3. There is no genuine issue of material fact as to whether McCarter engaged in the legal malpractice alleged in count four of the amended counterclaim because reasonable strategic decisions such as those Jarrow complains of are not fodder for such claims and, in any event, Jarrow cannot show that any of the alleged acts or omissions caused it harm;

4. The negligent and intentional misrepresentation claims alleged in counts five and six of the amended counterclaim fail as a matter of law because certain of the statements were made in the course of this litigation and are privileged, Jarrow cannot show that it relied to its detriment on any of the statements it complains of, and the claims are barred by either the two- or three-year statutes of limitation, respectively.

5. Jarrow's claim under Conn. Gen. Stat. § 42-110(a) ("CUTPA"), *et seq.,* in count seven of the amended counterclaim is impermissibly grounded on non-entrepreneurial and professional aspects of the practice of law and, otherwise, on allegations of fact clearly occurring before October 4, 2016, which are time-barred under the three-year statute of limitations. Once these non-actionable claims are stripped away, there is no evidence that McCarter acted in any egregious, oppressive, or unethical manner as required to prevail under CUTPA.

McCarter submits in support of this motion: (1) a Memorandum of Law in Support of Its Motion for Summary Judgment, (2) a Local Rule 56(a)(1) Statement of Undisputed Material Facts, and (3) an Appendix of Record Evidence.

Dated: July 15, 2020 RESPECTFULLY SUBMITTED,

                                                 PLAINTIFF
                                               McCARTER & ENGLISH, LLP

By: */s/ Louis R. Pepe* (ct04319)
    Louis R. Pepe
    Federal Bar No. CT04319
    McElroy, Deutsch, Mulvaney
      & Carpenter LLP
    One State Street, 14th Floor
    Hartford, CT 06103
    Telephone: 860-522-5175
    Facsimile: 860-522-2796
    Email: lpepe@mdmc-law.com
    Its Attorneys

## CERTIFICATION

I hereby certify that on July 15, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/ Louis R. Pepe     (ct04319)
Louis R. Pepe