## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____

McCARTER & ENGLISH, LLP )
    **Plaintiff,** )
 )     **CIVIL ACTION CASE NO.**
  **VS.** )     **3:19-CV-01124 (MPS)**
 )
**JARROW FORMULAS, INC.** )
    **Defendant.** )
_____)    **JULY 15, 2020**

### DEFENDANT/COUNTERCLAIM-PLAINTIFF
### JARROW FORMULAS, INC.'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant/Counterclaim plaintiff Jarrow Formulas, Inc.'s ("JFI") hereby moves, pursuant to

Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56, for a partial summary

judgment on its Amended Counterclaims filed in this case, on the basis that, as further set forth

in the Local Civil Rule 56(a)(1) Statement of Undisputed Material Facts, Memorandum of Law,

and supporting exhibits filed herewith, there are no material facts in dispute as to the following:

Count 3: Plaintiff McCarter & English, LLP breached its fiduciary duties to JFI.

Counts 5 and 6: Plaintiff McCarter & English, LLP made repeated material

misrepresentations to JFI in connection with its fee billing and collection practices.

Count 7: Plaintiff McCarter & English, LLP violated the Connecticut Unfair Trade

Practices Act ("CUTPA") in connection with the entrepreneurial aspects of practicing law, in

particular its billing and collection practices.

WHEREFORE, JFI respectfully prays that its motion be granted.

Respectfully submitted,
DEFENDANT/COUNTERCLAIM-PLAINTIFF,
JARROW FORMULAS, INC.

By /s/ Jeffrey J. Tinley (ct00765)
_____
Jeffrey J. Tinley
Tinley, Renehan & Dost, LLP
255 Bank Street ~ Suite 2-A
Waterbury, CT 06702
Telephone: 203-596-9030
Facsimile: 203-596-9036
Federal Bar No.: ct00765
E-Mail: jtinley@tnrdlaw.com

## **CERTIFICATION**

I hereby certify that on July 15, 2020, a copy of the foregoing Defendant Jarrow Formulas, Inc.'s Motion for Partial Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/ Jeffrey J. Tinley (ct00765)

_____

Jeffrey J. Tinley
Tinley, Renehan & Dost, LLP
255 Bank Street ~ Suite 2-A
Waterbury, CT 06702
Telephone: 203-596-9030
Facsimile: 203-596-9036
Federal Bar No.: ct00765
E-Mail: jtinley@tnrdlaw.com