# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| McCARTER & ENGLISH, LLP ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 3:19-CV-01124 (MPS) |
| v. ) | |
| ) | |
| JARROW FORMULAS, INC., ) | |
| ) | |
| Defendant. ) | JULY 1, 2021 |

## JOINT STATUS REPORT

In compliance with the Court's Order (DN 201), the parties in the above-captioned action submit the following status report.

1. Discovery is complete. The parties are currently obligated to submit their Joint Trial Memorandum on **July 14, 2021**.

2. On March 22, 2021, this matter was referred to the Hon. Donna F. Martinez, U.S.M.J. for mediation (DN 195). Judge Martinez conducted that mediation on **May 21, 2021**. It was not successful in resolving the disputes between the parties.

3. The parties do not consent to a trial before a United States Magistrate Judge.

4. The plaintiff, McCarter & English, LLP, estimates that the presentation of its case, including cross-examination and rebuttal by defendant, will require three (3) to five (5) trial days.

The defendant, Jarrow Formulas, Inc., estimates that the presentation of its counterclaim, including cross-examination and rebuttal by plaintiff, will require twenty (20) trial days.

Dated: July 1, 2021                                RESPECTFULLY SUBMITTED,

                                                   PLAINTIFF, MCCARTER & ENGLISH, LLP


                                                   By: */s/ Louis R. Pepe (ct04319)*_____
                                                            Louis R. Pepe
                                                            James G. Green, Jr.
                                                            McElroy, Deutsch, Mulvaney
                                                              & Carpenter, LLP
                                                            One State Street - 14th Floor
                                                            Hartford, CT 06103
                                                            Telephone: (860) 522-5275
                                                            lpepe@mdmc-law.com
                                                            jgreen@mdmc-law.com


                                                   DEFENDANT-COUNTERCLAIMANT,
                                                   JARROW FORMULAS, INC.


                                                   By:   */s/ Jeffrey J. Tinley (ct00765)*_____
                                                            Jeffrey J. Tinley
                                                            Tinley, Renehan & Dost, LLP
                                                            255 Bank Street – Suite 2-A
                                                            Waterbury, CT  06702
                                                            Phone:  203-596-9030
                                                            Facsimile:  203-596-9036
                                                            Email:  jtinley@tnrdlaw.com
                                                            Its Attorneys

**CERTIFICATION**

I hereby certify that on July 1, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

                                                                   */s/  Louis R. Pepe (ct04319)*
                                                                   Louis R. Pepe