UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| McCARTER & ENGLISH, LLP )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>JARROW FORMULAS, INC. )<br>)<br>Defendant. )<br>) | CIVIL ACTION CASE NO.<br>3:19-CV-01124 (MPS)<br><br><br><br><br><br>DECEMBER 1, 2021 |

**DEFENDANT'S STATUS REPORT RE: RETENTION OF NEW COUNSEL**

In compliance with this court's order dated November 1, 2021 [Doc. No. 218], ordering the defendant's counsel to file a status report concerning retention by the defendant of new counsel in light of Attorney Jeffrey J. Tinley's death, the undersigned, on behalf of the defendant, Jarrow Formulas, Inc., hereby reports as follows:

It is still the case that this law firm, Tinley, Renehan & Dost, LLP, may or may not be involved in the case moving forward and that the defendant, Jarrow Formulas, Inc., is still engaged in the process of considering whether to engage new counsel in this case going forward and expects to resolve this issue on or by January 19, 2022, at which time either new counsel will have appeared or a subsequent and updated status report will be filed with the court.

WHEREFORE, accordingly, the defendant, Jarrow Formulas, Inc., hereby reports that it is still the case that Tinley, Renehan & Dost, LLP, may or may not be involved in the case moving forward and hereby requests additional time, up to and including January 19, 2022, to file an updated Status Report concerning the retention of new counsel, if and as necessary.

                                        THE DEFENDANT,
                                      JARROW FORMULAS, INC.

By  /s/ Stephen E. Pliakas (ct20182)
     Stephen E. Pliakas
     Tinley, Renehan & Dost, LLP
     255 Bank Street ~ Suite 2-A
     Waterbury, CT 06702
     Telephone: 203-596-9030
     Facsimile: 203-596-9036
     Federal Bar No.: ct20182
     E-Mail: spliakas@tnrdlaw.com

## **CERTIFICATION**

I hereby certify that on December 1, 2021, a copy of the foregoing Defendant's Status Report re: Retention of New Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

           /s/ Stephen E. Pliakas (ct20182)
Stephen E. Pliakas
Tinley, Renehan & Dost, LLP
255 Bank Street ~ Suite 2-A
Waterbury, CT 06702
Telephone: 203-596-9030
Facsimile: 203-596-9036
Federal Bar No.: ct20182
E-Mail: spliakas@tnrdlaw.com