HONORABLE: Michael P. Shea
DEPUTY CLERK: D. Johnson    RPTR/ECRO/TAPE: J. Monette
TOTAL TIME: 4 hours 10 minutes
DATE: July 20, 2023    START TIME: 9:30    END TIME: 1:40
LUNCH RECESS    FROM:    TO:
RECESS (if more than ½ hr)    FROM:    TO:

CIVIL NO. 3:19cv1124(MPS)

McCarter & English, LLP

vs

Jarrow Formulas, Inc.

Pepe, Budinetz, Green, Case
Plaintiff's Counsel

Resser, Heavey, Ward
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

☐ ............Jury of ____ reported. ☐ Jury sworn
☐ ............Juror # ____ excused.
☑ ............Jury Trial held  ☑ Jury Trial continued until July 21 2023  at 9:00
☐ ............ ☐ Court Trial begun  ☐ Court Trial held  ☐ Court Trial continued until ____
☐ ............ Court Trial concluded  ☐ DECISION RESERVED
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☑ ...... CHARGE CONFERENCE held _____  ☐ filed ☐ docketed
☐ ...... _____  ☐ filed ☐ docketed
☐ ...... _____  ☐ filed ☐ docketed
☐ ...... _____  ☐ filed ☐ docketed
☐ ...... _____  ☐ filed ☐ docketed
☐ ............ Plaintiff(s) rests  ☐ Defendant(s) rests
☐ ............ Briefs(s) due ☐ Pltf ____  ☐ Deft ____  ☐ Reply ____
☐ ............ ☐ Summations held ☐ Court's Charge to the Jury
☐ ........... All full exhibits, ☐ Verdict form, ☐ Interrogatories to the jury handed to jury
☐ ........... Jury commences deliberations at ____
☐ ........... Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
☐ ........... SEE page 2 for verdict
☑ ........... COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☐......... Verdict Form filed

☐......... VERDICT: _____

_____

_____

_____

_____

☐......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____