UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x

McCARTER & ENGLISH, LLP          No. 3:19-CV-1124 (MPS)

vs.                              JULY 7, 2023

JARROW FORMULAS, INC.            JURY TRIAL

- - - - - - - - - - - - - - - - x


EXCERPT FROM THE TESTIMONY OF MARK GIARATANNA


450 Main Street
Hartford, Connecticut

BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

AND A JURY


COURT REPORTER:  Julie L. Monette, RDR, CRR, CRC
(860) 212-6937

Proceedings recorded by mechanical stenography, transcript produced by computer.

APPEARANCES:


FOR THE PLAINTIFF:

        McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
                One State Street, 14th Floor
                Hartford, Connecticut 06103
        BY:  LOUIS R. PEPE, ESQUIRE
             JAMES G. GREEN, JR., ESQUIRE
             JAMES A. BUDINETZ, ESQUIRE
             DAVID W. CASE, ESQUIRE


FOR THE DEFENDANT:

        BARTON LLP
                100 Wilshire Boulevard, Suite 1300
                Santa Monica, California 90401
        BY:  BERNARD M. RESSER, ESQUIRE

        BARTON LLP
                711 Third Avenue, 14th Floor
                New York, New York 10017
        BY:  JAMES E. HEAVEY, ESQUIRE
        BY:  MICHAEL C. WARD, ESQUIRE

(Excerpt from the testimony of Mark Giaratanna)

Examination by Mr. Resser:

\*     \*     \*     \*     \*

Q   Now, the bills that were first changed to the higher hourly rate, that happened only after Liberty Underwriters asked you for your rates and the bills in the Caudill federal court case; correct?  In terms of the timing.

A   The timing was after the request received from Liberty, yeah.

\*     \*     \*     \*     \*

C E R T I F I C A T E

MCCARTER & ENGLISH, LLP VS. JARROW FORMULAS, INC.

NO. 3:19-CV-1124 (MPS)

I, Julie L. Monette, RDR, CRR, CRC, Official Court Reporter for the United States District Court for the District of Connecticut, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

/S/ JULIE L. MONETTE

_____

Julie L. Monette, RDR, CRR, CRC
Official Court Reporter
450 Main Street - Clerk's Office
Hartford, Connecticut 06103
(860) 212-6937