UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x

McCARTER & ENGLISH, LLP          No. 3:19-CV-1124 (MPS)

vs.                              JULY 18, 2023

JARROW FORMULAS, INC.            JURY TRIAL

- - - - - - - - - - - - - - - - x


EXCERPT FROM THE TESTIMONY OF JARROW ROGOVIN


450 Main Street
Hartford, Connecticut

BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

AND A JURY


COURT REPORTER:  Julie L. Monette, RDR, CRR, CRC
(860) 212-6937

Proceedings recorded by mechanical stenography, transcript produced by computer.

APPEARANCES:

FOR THE PLAINTIFF:

      McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
         One State Street, 14th Floor
         Hartford, Connecticut 06103
      BY:  LOUIS R. PEPE, ESQUIRE
         JAMES G. GREEN, JR., ESQUIRE
         JAMES A. BUDINETZ, ESQUIRE
         DAVID W. CASE, ESQUIRE

FOR THE DEFENDANT:

      BARTON LLP
         100 Wilshire Boulevard, Suite 1300
         Santa Monica, California 90401
      BY:  BERNARD M. RESSER, ESQUIRE

      BARTON LLP
         711 Third Avenue, 14th Floor
         New York, New York 10017
      BY:  JAMES E. HEAVEY, ESQUIRE
      BY:  MICHAEL C. WARD, ESQUIRE

Testimony of Jarrow Rogovin

(Direct examination by Mr. Heavey:)

\* \* \* \* \*

Q   And, Mr. Rogovin, who did you want to be the face of the case for Jarrow Formulas, Inc., with respect to the testimony at the Kentucky matter?

A   I was expecting it to be myself.

\* \* \* \* \*

C E R T I F I C A T E

MCCARTER & ENGLISH, LLP VS. JARROW FORMULAS, INC.

NO. 3:19-CV-1124 (MPS)

I, Julie L. Monette, RDR, CRR, CRC, Official Court Reporter for the United States District Court for the District of Connecticut, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

/S/ JULIE L. MONETTE

_____
Julie L. Monette, RDR, CRR, CRC
Official Court Reporter
450 Main Street - Clerk's Office
Hartford, Connecticut 06103
(860) 212-6937