HONORABLE: Michael P. Shea

DEPUTY CLERK: D. Johnson          RPTR/ECRO/TAPE: J. Monette

TOTAL TIME: _____ hours  15  minutes

DATE: July 25, 2023    START TIME: 11:15    END TIME: 11:30

LUNCH RECESS    FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:19cv1124(MPS)

McCarter & English, LLP                      PePe, Budinetz, Green, Case
                                             Plaintiff's Counsel
                vs
Jarrow Formulas, Inc.                        Resser, Heavey, Ward
                                             Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [✓] Jury of __10__ reported. [ ] Jury sworn
- [ ] Juror # _____ excused.
- [✓] Jury Trial held  [ ] Jury Trial continued until _____ at _____
- [ ] [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
- [ ] Court Trial concluded [ ] DECISION RESERVED
- [ ] ...#_____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...#_____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...#_____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...#_____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests  [ ] Defendant(s) rests
- [ ] Briefs(s) due  [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
- [ ] Summations held  [ ] Court's Charge to the Jury
- [✓] All full exhibits, [✓] Verdict form, [✓] Interrogatories to the jury handed to jury
- [✓] Jury commences deliberations at 9:10
- [✓] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [✓] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☑ ......... Verdict Form filed

☑ ......... VERDICT: in favor of plaintiff

☑ ......... Court accepts verdict and orders verdict verified and recorded

☑ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS