# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| McCARTER & ENGLISH, LLP, ) | |
| ) | Case No. 3:19-cv-01124-MPS |
| *Plaintiff*, ) | |
| vs. ) | |
| JARROW FORMULAS, INC. ) | |
| ) | October 20, 2023 |
| *Defendant*. ) | |

## DEFENDANT AND COUNTERCLAIM PLAINTIFF
## JARROW FORMULAS, INC.'S MOTION FOR EXTENSION OF TIME TO FILE
## REPLY MEMORANDA

COMES NOW, pursuant to Local Rule 7(b), Jarrow Formulas, Inc., by and through undersigned counsel and respectfully moves this court for an extension of time for the Parties to file their Reply memoranda and enter an order modifying the post-verdict briefing schedule.

In support thereof, Jarrow Formulas, Inc. respectfully shows unto the Court the following:

1.      The Parties filed a joint motion to modify the post-verdict briefing schedule on September 26, 2023. (ECF No. 474).

2.      The Court granted the joint motion and established that Replies are due on or before October 24, 2023.

3.      It has been represented to counsel that Mr. Rogovin is having oral surgery today, October 20, 2023. Given Mr. Rogovin's health and age, he will be unable to meaningfully participate in his case for an extended period of time. Mr. Rogovin has been an active participant

in this litigation and wishes to continue to provide input on the Replies and his case.

4.      For good cause, Jarrow Formulas, Inc. respectfully requests an additional fourteen (14) days for the Parties to file their Replies, thereby making the deadline for Replies for both Parties November 7, 2023.

5.      This is the second request by Jarrow Formulas, Inc. to modify and extend the briefing schedule.

6.      The Parties have conferred, and McCarter & English, LLP does not object to the relief requested herein.

7.      This motion comes more than 3-days before the current deadline for Replies.

As such, for the foregoing reasons, Jarrow Formulas, Inc. respectfully requests that this motion be granted.

Respectfully submitted,

/s/ Robert L. Sirianni, Jr.
Robert L. Sirianni, Jr., Esquire (PHV207504)
BROWNSTONE, P.A.
P.O. Box 2047
Winter Park, Florida 32790
407.388.1900 | 407.622.1511 f
robertsirianni@brownstonelaw.com


/s/ John J. Radshaw III
John J. Radshaw III, Esquire (CT 19882)
65 Trumbull Street, 2d Fl
New Haven, CT 06510
203.654.9695 | 203.721.6182 f
jjr@jjr-esq.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

> *Robert L. Sirianni, Jr., Esquire*
> Robert L. Sirianni, Jr., Esquire (PHV)
> (PHV207504)
>
> */s/ John J. Radshaw III*
> John J. Radshaw III, Esq. (ct19882)