

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street<br>Hartford, CT  06103<br>Phone:  860.240.3200<br>Fax:  860.240.3211 | 141 Church Street<br>New Haven, CT  06510<br>Phone:  203.773.2140<br>Fax:  203.773.2334 | 915 Lafayette Boulevard<br>Bridgeport, CT  06604<br>Phone:  203.579.5863<br>Fax:  203.579.5861 |

**Dinah Milton Kinney**
Clerk

**Monica Watson Cucchiarelli**
Chief Deputy Clerk

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, New Haven

**Joanne Pesta**
Division Manager, Bridgeport

**Michelle Rynne**
Division Manager, Hartford

February 26, 2024

### NOTICE TO COUNSEL

Case Name: **McCarter and English vs. Jarrow Formulas, Inc.**

Case Number: 3:19cv1124 (MPS)

A Request to Certify Question of Law has been docketed in the above captioned case.  The Supreme Court of the State of Connecticut requires us to submit a copy of all of the relevant pleadings and briefs with the certification request.  In that regard, we ask counsel to confer and to provide us with a copy of those pleadings and briefs you deem necessary for the Supreme Court to consider this certification request. Please mail the documents to the Clerk's Office at the **Hartford** address listed above ☒ within 30 days of the date of this notice ☐ by March 27, 2024.


DINAH MILTON KINNEY, CLERK


By: Devorah Johnson
Deputy Clerk